1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6                                * * *
7   SANDRA B. BUTLER,                )
                                     )
8                  Plaintiff,        )    Case No. 2:13-cv-02055-JCM-CWH
                                     )
9   vs.                              )    **ORDER**
                                     )
10  VONS COMPANIES, INC.,            )
                                     )
11                 Defendant.        )
                                     )
12

     This matter is before the Court on Tamela L. Kahle's Response to the Order to Show Cause (#13) and Notice re: Certification of Review (#12), both filed on February 19, 2014.  On January 30, 2014, the Court issued an Order denying the parties' Proposed Discovery Plan and Scheduling Order (#9).  *See* Order #10.  In doing so, the Court noted that the parties failed to comply with Local Rules ("LR") 26-1 and 26-4.  Accordingly, the Court ordered all counsel of record, including Tamela L. Kahle, to submit a notice to the court by February 6, 2014 certifying that they have reviewed the corrections listed in the order in addition to LRs 26-1 and 26-4.  Tamela L. Kahle failed to comply with the Court's Order.  Accordingly, the Court issued an Order to Show Cause why Tamela L. Kahle should not be sanctioned.

     After careful review of the response brief and certification that Tamela L. Kahle has reviewed the corrections and LRs 26-1 and 26-4, the Court finds that no sanctions are warranted at this time.  Tamela L. Kahle has certified that she will comply with the Local Rules in the future.  Additionally, Tamela L. Kahle promptly responded to the Court's Order to Show Cause and explained that the failure to comply was due to a calendaring error.

     Based on the foregoing and good cause appearing therefore,

     **IT IS HEREBY ORDERED** that sanctions, including monetary sanctions and a recommendation for civil contempt, shall not be imposed on Tamela L. Kahle for her failure to

comply with a court order in violation of Federal Rule of Civil Procedure 16(f) and Local Rule IA 4-1.

DATED this 20th day of February, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

- 2 -