**MILLINGTON & MONDRAGON**
KURTIS J. MILLINGTON, ESQ.
Nevada Bar No. 10152
kurtis@mmvegaslaw.com
AMY V. MONDRAGON, ESQ.
Nevada Bar No. 10156
amy@mmvegaslaw.com
9960 W. Cheyenne Ave., Ste. 170
Las Vegas, NV  89129
Phone:  (702) 202-4466
Fax: (702)800-5946
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA B. BUTLER, individually,<br><br>             Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a Michigan Corporation; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br>             Defendants. | CASE NO.  2:13-cv-02055-JCM-CHW |

### STIPULATION AND ORDER FOR REQUEST TO EXTEND DEADLINE (SECOND REQUEST)

Pursuant to LR 6-1 and LR 6-2, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for the joint pre-trial memorandum up to and including September 30, 2014.  In support of this Stipulation and second request, the parties state as follows:

////

////

1

**I.     The Reasons Why Pre-Trial Memorandum Was Not Completed:**

The parties in this matter have agreed to attempt to reach a resolution in this case through mediation.  The mediation is on calendar for September 23, 2014.  Both parties are requesting that the time be extended to file the Pre-Trial Memorandum until after this time and request up to and including October 6, 2014 for purposes of attempting to reach a resolution to the case through mediation.  There is no trial date presently set in this matter.

**ORDER**

IT IS SO ORDERED this __26th__ day of ____August_____, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

Submitted by:
MILLINGTON & MONDRAGON


By: __/s/ Kurtis Millington_____
    Kurtis J. Millington, Esq.
    Nevada Bar No. 10152
    9960 W. Cheyenne Ave., Ste. 170
    Las Vegas, Nevada  89129
    *Attorneys for Plaintiff Butler*

KAHLE & ASSOCIATES


By: __/s/ Tamela Kahle_____
    Tamela L. Kahle, Esq.
    Nevada Bar No. 0558
    7660 W. Sahara Ave., Ste. 110
    Las Vegas, Nevada  89117
    *Attorneys for Defendant The Vons Companies, Inc.*

2