Tamela L. Kahle
Nevada Bar No. 0558
**KAHLE & ASSOCIATES**
7660 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
Telephone (702) 453-2200
Facsimile (702) 453-2201
Email: tkahle@kahlelawnv.com

Attorneys for Defendant
The Vons Companies, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| SANDRA B. BUTLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a Michigan Corporation; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:13-cv-02055-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

party to bear its own attorney's fees and costs.

Dated this _____ day of February, 2015.    Dated this 12th day of February, 2015.

MILLINGTON & MONDRAGON              KAHLE & ASSOCIATES

By: _____           By: _____
Kurtis J. Millington, Esq.              Tamela L. Kahle
Nevada Bar No. 10152                    Nevada Bar No. 0558
Amy V. Mondragon, Esq.                  7660 West Sahara Avenue, Suite 110
Nevada Bar No. 10156                    Las Vegas, Nevada 89117
9960 West Cheyenne Avenue, Suite 170    Attorneys for Defendant
Las Vegas, Nevada 89129                 The Vons Companies, Inc.
Attorneys for Plaintiff
Sandra B. Butler

## ORDER

IT IS SO ORDERED:

Submitted by:

KAHLE & ASSOCIATES                      _____
                                        RICHARD F. BOULWARE, II
By: _____               United States District Judge
Tamela L. Kahle
Nevada Bar No. 0558                     DATED this 16th day of February, 2015.
7660 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
Attorneys for Defendant
The Vons Companies, Inc.